IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 03-085 |
| | : | |
| SPENCER BURTON | : | |

**ORDER**

**AND NOW**, this 17th day of July, 2012, upon careful consideration of defendant Spencer Burton's *pro se* motion for a reduction of his sentence under 18 U.S.C. § 3582(c)(2) (document no. 79) and the government's response, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

/s/William H. Yohn Jr.
William H. Yohn Jr., Judge